# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: VONGSAPHAY, SOUNA            § Case No. 14-80713
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   U.S. Bankruptcy Court
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 11/26/2014 in Courtroom 3100, United States Courthouse,
327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 10/02/2014         By: /s/JAMES E. STEVENS
                                                                      Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: VONGSAPHAY, SOUNA § Case No. 14-80713
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,200.00 |
| *and approved disbursements of* | $ 4,952.81 |
| *leaving a balance on hand of* [1] | $ 5,247.19 |
| **Balance on hand:** | $ 5,247.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,247.19 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,430.00 | 0.00 | 1,430.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,180.00 | 0.00 | 1,180.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,610.00 |
| Remaining balance: | $ 2,637.19 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,637.19 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,637.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,000.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | 5,853.45 | 0.00 | 571.72 |
| 2 | PYOD, LLC its successors and assigns as assignee | 12,007.50 | 0.00 | 1,172.80 |
| 3 | Portfolio Recovery Associates, LLC | 9,139.38 | 0.00 | 892.67 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,637.19 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:   $         0.00

Prepared By:   /s/JAMES E. STEVENS
                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 14-80713-TML
Souna Vongsaphay                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 1          Date Rcvd: Oct 20, 2014
                              Form ID: pdf006        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2014.
```
db            +Souna Vongsaphay,    4689 Tree View Terrace,    Rockford, IL 61109-4131
21621929      +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale,FL 33329-7871
22054361       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
21621933     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 982235,
               El Paso,TX 79998)
21621928      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21621934      +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241
21621925      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21621926      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
22255959     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
               successor to FIA CARD SERVICES, N.A.,    PO Box 41067,    Norfolk, VA 23541)
21621927      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22211769      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 21 2014 01:54:14
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21621930*     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21621931*     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21621932*     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21621935*     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2014 at the address(es) listed below:
```
              James E Stevens    on behalf of Auctioneer Terry M Firch jimstevens@bslbv.com
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens     jimstevens@bslbv.com,   IL48@ecfcbis.com
              Michael K Blissenbach    on behalf of Debtor Souna  Vongsaphay ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```